# UNITED STATES DISTRICT COURT
for the

District of Alaska

United States of America

v.

David Andres Mayoral

)
)
)
)
)
)
)
)

*mj*

Case No. 4:25XX00028-SAO

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  between 8/18/24 and  10/30/2024  , at or near  Ft. Wainwright  in the
_____  District of  Alaska  , the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of Child Pornography |
| 18 U.S.C. § 2252A(a)(5) | Possession of Child Pornography |

This criminal complaint is based on these facts:

☒  See attached affidavit.

STOVER.RUSSELL.C
RAIG.II.1514036353

Digitally signed by
STOVER.RUSSELL.CRAIG.II.15140363
53
Date: 2025.03.13 12:21:28 -08'00'

*Complainant's signature*

Special Agent Russell Stover, Army CID

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Documents emailed, sworn by phone  *(specify reliable electronic means)*.

Date:  March 13, 2025

*Judge's Signature*

City and state:  Fairbanks, Alaska

Scott A. Oravec, U.S. Magistrate Judge

*Printed name and title*