# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OFALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAIVD ANDRES MAYORAL,<br><br>Defendant | Case No.: 4:25-mj-00028-SAO |

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Russell C. Stover II, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.  I make this affidavit in support of an application for a criminal complaint and arrest warrant pursuant to Federal Rules of Criminal Procedure 3 and 4. As explained more fully below, I have probable cause to believe that David Andres Mayoral has committed the following federal criminal offenses:

**Count 1:** That between on or about August 14, 2024 and October 28, 2024, within the District of Alaska and elsewhere, the defendant David Andres Mayoral, did employ, use, persuade, induce, entice, and coerce a minor, VICTIM 2, with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce; was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and was transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce. All in violation of 18 U.S.C. § 2251(a).
//

//

**Count 2:** Between August 14, 2024, and October 28, 2024,, within the District of Alaska and elsewhere, the defendant David Andres Mayoral, did employ, use, persuade, induce, entice, and coerce a minor, VICTIM 3, with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce; was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and was transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce. All in violation of 18 U.S.C. § 2251(a).

**Count 3:** Between August 22, 2024, and October 28, 2024,, within the District of Alaska and elsewhere, the defendant David Andres Mayoral, did employ, use, persuade, induce, entice, and coerce a minor, VICTIM 4, with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce; was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and was transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce. All in violation of 18 U.S.C. § 2251(a).

**Count 4:** On October 28, 2024, within the District of Alaska, the defendant, David Andres Mayoral, knowingly possessed and attempted to possess material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A) and (C), which had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. All in violation of 18 U.S.C. § 2252A(a)(5).

2.     The statements in this affidavit are based in part on information provided to me by other law enforcement officers, police reports, my own investigation of this matter, and my training and experience.  Because this affidavit is being submitted for the limited purpose of establishing probable cause to support a complaint and securing an arrest warrant, I have not included each and every fact known to me concerning this

investigation.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and attached Complaint.

3.	I am a Special Agent with the U.S. Army Criminal Investigation Division (CID) and have been employed with CID since March 2018. I am a Law Enforcement Officer having received training in Military and Civilian Law Enforcement Techniques. I have participated in a wide variety of investigations, including, Sexual Assault, Child Assault, Distribution of Controlled Substances, Child Pornography, and Murder investigations. I am assigned to the Western Field Office, Fort Wainwright Resident Unit (CID) within Alaska. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I have participated in the execution of numerous search warrants, arrest warrants, and interviews of people involved in violent crimes, to include crimes against children.

**PROBABLE CAUSE**

*Preliminary Investigation*

4.	On 11 Sep 24, Fort Eustis, Virginia CID received a National Center for Missing and Exploited Children (NCMEC) Cybertip #197639673 (hereinafter "Cybertip", reporting that 5 images of Apparent Child Sexual Abuse Material (CSAM) were uploaded to Discord identified by IP address and user account name: "ghoulishclown", hereby referred to as ACCOUNT.  The NCMEC tip provided further account identifiers: Phone Number: 805-320-9195. Email Address: scorpiondavid46@gmail.com, and User ID: 307374868863778820.

5. An open-source search for the IP Address associated with ACCOUNT determined it belonged to Boingo Wireless out of Waynesboro, VA. The cellphone number returned to a subscriber named J.M., later determined to be the parent of David Andres Mayoral.

6. Fort Eustis CID reviewed the 5 images associated with the Cybertip: IMG_8781.jpg, IMG_8783.jpg, IMG_8786.jpg, IMG_8787.jpg, and IMG_8789.jpg. All five images depicted what appeared to be fully nude prepubescent female children exposing their genitalia. One image depicted a nude female prepubescent child on all fours. Another image depicted two nude prepubescent female children sitting down, with their legs spread open and facing the camera. Photographs with IMG_8787.jpg depicted what appeared a female prepubescent child with a white viscous fluid on her face and multiple male genitalia near her face.

7. A query through Department of Defense (DOD) person search revealed that an individual named J.M. serves in the Army National Guard. Additionally, J.M. listed a dependent child identified as PV2 David Andres Mayoral, who was stationed at Fort Eustis VA from 15 May 24 – 11 Oct 24.

8. David Mayoral listed his phone number and Gmail account on his enlistment papers for the U.S. Army. These match the SUBJECT email account and phone number linked to the information on Cybertip197639673 associated with the SUBJECT Discord ACCOUNT.

//

//

*Initial Contact with Mayoral*

9.     On 24 Oct 24, the affiant received a search warrant for the search of the Discord ACCOUNT from the Honorable Matthew Fitzgerald, Military Judge. Additionally, the affiant obtained a military search authorization from MAJ Thomas Warschefsky, Military Magistrate, for the search of Mr. Mayoral and his residence for the seizure of electronic devices capable of accessing Discord.

10.     On 28 Oct 24, the affiant executed the military search authorizations and seized electronic devices from Mayoral's residence located on Fort Wainwright AK and seized an iPhone from Mr. Mayoral's person.

11.     On 28 Oct 24, the affiant advised Mayoral of his legal rights which he waived. He stated he began possessing child phonography about two months prior to when his Discord account was suspended. During that time, Mayoral stated he had possessed approximately 250 images on Discord and X (formerly known as Twitter), of 12–15-year-old children engaging in sexual acts with adults. Mayoral stated he distributed only 5 of those images at the request of an unknown person on Discord. Mayoral met the unknown person on an adult only Discord pornography server. He began to direct message him, the unknown person first identified himself as over 18 and provided nude images. Later, the unknown person stated he was younger than 18, and Mayoral believed he was about 16 years old. The unknown person provided images of child pornography and provided instructions for Mayoral on how to obtain more on X. Mayoral obtained approximately 200 images of child pornography from an X account. Mr. Mayoral admitted to distributing 5 images on Discord. Mayoral stated he deleted

most of the images, though had about 3 currently within his cellphone photography gallery.

12. The affiant executed the search warrant for the SUBJECT Discord ACCOUNT and received a production from Discord. A preliminary review revealed that in August 2024, Mayoral had sexual conversations with a 15-year-old and requested the unknown person obtain and produce child pornography for him, by the rape of their family members. Mayoral requested the conversation move to the communication application "Telegram". Additionally, Mayoral claimed to have engaged in sexual acts with his autistic 9-year-old relative (JV 1) and captured nude photographs during that interaction.

13. On 30 Oct 24, the affiant advised Mayoral of his legal rights which he waived and admitted to Production, Distribution, and Possession of child pornography. Mayoral further admitted to placing his mouth on the genitals of 9-year-old JV1 for sexual gratification, and producing two images of CSAM of JV1. Mayoral stated in January 2024, he was babysitting JV at his residence in Ventura CA, when JV1 crawled into his lap. Mayoral stated he kissed JV twice on the mouth, undressed him, kissed his penis and captured two nude images of him. Mayoral stated he believed the unknown person he talked to on Discord was 15 years old, when he asked for nude images. Mayoral did not directly receive the photographs he requested but received "teasing" images. Mayoral received some videos which the unknown child claimed to depict him, his child sister, and his sister's boyfriend.

//

*Review of Telegram*

14. On 1 Nov 24, the affiant received a military search authorization for the search of Mayoral's cellphone for the search of images, videos, and communications relating the Possession, Distribution, and Production of Child Pornography on the platforms Discord, Telegram, and X. The affiant conducted a search pursuant to the search authorization which revealed: Mayoral engaged in approximately 6 conversations with individuals that identified themselves as minors (between 13-16 years old). Mayoral requested these individuals provide nude images of themselves, and some of them did. Within other conversations Mayoral distributed these provided images. Additionally, Mayoral engaged in conversations with individuals identified as adults and solicited distribution of Child Pornography. Mayoral engaged in a conversation with the account SUBJECT 1. SUBJECT 1 provided numerous images of pre and peripubescent children engaging in sexual acts to Mayoral. SUBJECT 1 expressed he has a cute girl in his "session" account who is 14.. Mayoral states "Fuck you gotta teach me how to meet cute kids on session".

15. On 14 August 2024, Mayoral engaged in conversation with JUVENILE VICTIM 2. Mayoral messaged "haiii cutie you seem absolutely adorable teehee id love to milk your needy femboy dick". JV 2 sent two images exposing his anus and penis. Mayoral replied "I'd love to ruin and violate that tight underage body of yours baby". JV 2 asked for "stuff" of girls around his age.. Mayoral sent 7 images of postpubescent females engaging in sexual activity and exposing their genitals. Mayoral stated "be a good boy and show me off your kiddie body sweetheart". JV 2 sent 7 images exposing

his penis and anus. Mayoral later messaged "Good boys like you deserve to be raped and violated until they're just useless underage puppy sextoys". JV 2 sent 3 more images exposing his penis and anus. Mayoral asked about JV 2 age, who replied that he was 16. Mayoral sent 16 images of pre and peripubescent females engaging in sexual activity. Mayoral then messaged "spread your tight kiddie hole and tell me how much you love being groomed". Mayoral then sent 22 images of pre and post pubescent children engaging in sexual activity.

16. Between 14 August 2024, and 18 August 2024 Mayoral engaged in a conversation with JUVENILE VICTIM 3. Mr. Mayoral messaged "hai gorgeous id love to turn your adorable 13 year old body into my rapemeat that I violate and breed". Further, Mayoral states "id love to play with your needy pussy as I show you tons of icky porn", "Show daddy how much you wanna be raped and violated princess", "I wanna see your gorgeous body". JV 3 responded with an image nude from the waist up.. Mayoral responded "your 13 year old pussy must be needy for adult cock". Later, Mayoral sent a 9 second video exposing his penis. Mayoral further states "show daddy where you wanna get violated by his adult dick". JV 3 responds with an image of her vagina. Mayoral responded, "daddy loves your tight preteen pussy". On 16 Aug 24, Mayoral messaged "I'd love to see you cut more cute things on your adorable body". JV 3 responded with an image of a cat cut into JV 3's skin.  Mayoral replied, "Can I get a video of all your pretty marks baby". JV 3 responded with 6 images of cut skin, in various stages of healing.  One of the injuries says "I (heart symbol) PEDO".  Mayoral requests "Can I please see more of my darling", "Ill show you some pics of me if you do". JV 3 responds

with three images; two of the images depicted nude female breasts, the 3rd image depicted a fully clothed female. Mayoral requests the child to: "cutting "needy 13 year old sextoy" right above your pussy". Mayoral further states "Fuck your underage body is just too perfect", "I'd love to see more". JV 3 responded and sent a video titled "telegram-cloud-document-1-5042189990872745084" of a peripubescent child masturbating with a hairbrush.

17.     Between 22 August 2024 and 26 August 2024, Mayoral engaged in a conversation with Telegram user JUVENILE VICTIM 4. Mayoral states in the conversation: "Teehee don't you want daddy violating your needy underage kiddie hole until you're my puppy sextoy <33". Later Mayoral sends a 9 second video exposing his penis. JV 4 responses with an image of him full nude standing, exposing his penis. Later in the conversation Mr. Mayoral states "if you wanna make daddy more harder than this keep sending him your adorable 14 year old body". JV 4 responds with an image of him fully nude, separating his buttocks exposing his anus.

*Review of content stored on Sessions*

18.     The affiant obtained a military search authorization to search for photographs, videos, and communications relating to Child pornography located within the messaging application sessions. Sessions is a messaging application that utilizes end to end encryption to facilitate user confidentiality and anonymity. A review of the application revealed approximately 15 conversations with self-identified children, and adults. Mayoral solicits the production of child pornography from children and distributes child pornography to them. Additionally, Mr. Mayoral received and

distributed child pornography to the adults. Below is a summary for two identified conversations.

19. Between 17 August 2024, and 18 August 2024, Mayoral engaged in a conversation with JUVENILE VICTIM 5 on sessions. Mayoral initiated the conversation stating "Haiii princess I cant wait to groom you into being my kiddie sextoy >w<". Later in the conversation Mr. Mayoral states "Hehehe can I see your needy 14 year old body darling"; "Wanna see daddy's 20 year old pedo dick"; "Perfect for raping little 14 year olds <3"; "Hehehe wanna see little boys showing off for pedos?". JV 5 responds "i love cp". Mr. Mayoral states "Kids were made for pedo dick <333"

20. Between 25 August 2024, and 26 September 2024, Mayoral engaged in a group conversation. This group conversation had hundreds of images and videos shared between 36 total participants. On 26 August 2024, Mr. Mayoral distributes one of the images previously provided by JV 4, depicting him fully nude exposing his penis. On 26 August 24, Mr. Mayoral distributes 3 images of a prepubescent female, approximately 3-6 years old fully nude. One of the images depicts the female child bound by rope to the bed frame by her wrists with a blind fold on and ball gag in her mouth while fully nude exposing her vaginal area. Another image of the female child depicted her wrists and ankles tied together with an apparent cable, fully nude exposing her vaginal area and anus. The third image of the child depicts her laying on a mattress with a ball gag in her mouth, and a blind fold on. The child is wearing underwear, which is pulled to the side, exposing her vaginal area.

//

*Digital Forensic Examination*

21.  DACID conducted a forensic examination of Mr. Mayoral's cellphone for images, and videos of child pornography. A review of the extraction revealed approximately 2500+ images and 680+ videos of suspected CSAM. The materials were identified within the photo gallery of the device and communicated via the Sessions Messaging application, Telegram Application, Signal Application, and TeleGuard Application on the device. All of these applications are end to end encryption messaging services.

22. The suspected images and videos of CSAM were submitted to the NCMEC for identification. 638 images and 180 videos were identified as known files to NCMEC.

*Summary of Probable Cause*

23.  David Andres Mayoral was arrested with a cellphone within his possession a search of that cellphone pursuant to a search authorization revealed he utilized a variety of digital communication services via his cellphone to contact children to solicit the production of child pornography. Further, Mr. Mayoral was in possession of child pornography, which had distributed to multiple other adults. Mr. Mayoral was interviewed and admitted to his activity relating to the production, possession and distribution of child pornography.

//

//

//

//

24.    I submit that there is sufficient probable cause to believe Daivd Andres Mayoral violations of Title 18 U.S.C. § 2251(a) Production of Child Pornography and 18 U.S.C. § 2252A(a)(5) Possession of Child Pornography.

Respectfully submitted,

STOVER.RUSSELL.C RAIG.II.1514036353

Digitally signed by STOVER.RUSSELL.CRAIG.II.151 4036353
Date: 2025.03.13 11:03:25 -08'00'

RUSSELL STOVER
Special Agent
Department of the Army Criminal
Investigation Division

Subscribed and sworn to before me this
 13th  day of March 2025

Scott A. Oravec
United States Magistrate Judge
District of Alaska
Fairbanks, Alaska

