MICHAEL J. HEYMAN
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: carly.vosacek@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID ANDRES MAYORAL,<br><br>Defendant. | No. 4:25-cr-00006-RRB-SAO<br><br>COUNTS 1-3:<br>SEXUAL EXPLOITATION OF A CHILD<br>- PRODUCTION OF CHILD<br>PORNOGRAPHY<br>  Vio. of 18 U.S.C. § 2251(a), (e)<br><br>COUNT 4:<br>POSSESSION OF CHILD<br>PORNOGRAPHY<br>  Vio. of 18 U.S.C. § 2252A(a)(5)(B),<br>(b)(2)<br><br>CRIMINAL FORFEITURE<br>ALLEGATION:<br>  18 U.S.C. § 2253(a), 28 U.S.C. § 2461(c),<br>and Fed. R. Crim. P. Rule 32.2(a) |

**INDICTMENT**

The Grand Jury charges that:

//

From on or about August 14, 2024, through on or about October 28, 2024, within the District of Alaska and elsewhere, the defendant, DAVID ANDRES MAYORAL, did employ, use, persuade, induce, entice, and coerce a minor, VICTIM 1, with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce; was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and was transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce.

All of which is in violation of 18 U.S.C. § 2251(a) and(e).

## COUNT 2

From on or about August 14, 2024, through on or about October 28, 2024, within the District of Alaska and elsewhere, the defendant, DAVID ANDRES MAYORAL, did employ, use, persuade, induce, entice, and coerce a minor, VICTIM 2, with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce; was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and was transported and

transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce.

All of which is in violation of 18 U.S.C. § 2251(a) and (e).

## COUNT 3

From on or about August 22, 2024, and October 28, 2024, within the District of Alaska and elsewhere, the defendant, DAVID ANDRES MAYORAL, did employ, use, persuade, induce, entice, and coerce a minor, VICTIM 3, with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce; was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and was transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce.

All of which is in violation of 18 U.S.C. § 2251(a) and (e).

## COUNT 4

On or about October 28, 2024, within the District of Alaska, the defendant, DAVID ANDRES MAYORAL,  knowingly possessed and attempted to possess material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A) and (C), which had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using

materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, at least one of which images involved a prepubescent minor, involved a minor who had not attained 12 years of age.

All of which is a violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

### CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1-4 are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

Upon conviction of the offenses in violation of 18 U.S.C. § 2251(a), (e) or 18 U.S.C. § 2252A(a)(5)(B), (b)(2), as set forth in Counts 1-4 of this Indictment, the defendant, DAVID ANDRES MAYORAL, shall forfeit to the United States pursuant to 18 U.S.C. § 2253 any property, real or personal, that was used or intended to be used to commit or to promote the commission of such violations or any property traceable to such property, including, but not limited to:

1. One iPhone 11;

2. One Acer Laptop, SN: NHQEWAA001209; and

3. Playstation (PS) Portal, Model # CFI-Y1001.

//

//

//

//

//

//

Case 4:25-cr-00006-RRB-SAO    Document 13    Filed 03/20/25    Page 4 of 5

All pursuant to 18 U.S.C. § 2253(a) and 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Carly Vosacek
CARLY VOSACEK
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE:   March 18, 2025

Case 4:25-cr-00006-RRB-SAO     Document 13     Filed 03/20/25     Page 5 of 5