MICHAEL J. HEYMAN
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 W 12th Ave # 310
Fairbanks, AK 99701
Phone: (907) 271-5071
Email: Carly.Vosacek@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

DAVID ANDRES MAYORAL,

        Defendant.

No. 4:25-cr-00006-RRB-SAO

## MOTION FOR VICTIM TO APPEAR BY TELEPHONE

The United States of America, by and through undersigned counsel, respectfully files this Motion for Victim to Appear Telephonically at the hearing on the defendant's imposition of sentence in the above-entitled case. The hearing is currently scheduled for Friday, April 3, 2026, at 9:30 a.m.

In the Crime Victims' Rights Act, Congress "gave crime victims '[t]he right not to be excluded from any… public court proceeding.'" *In re Mikhel*, 453 F.3d 1137, 1139 (9th Cir. 2006) (quoting 18 U.S.C. § 3771(a)(3)). As the Ninth Circuit has observed, the CVRA:

"was enacted to make crime victims full participants in the criminal justice system. Prosecutors and defendants already have the right to speak at sentencing, see Fed.R.Crim.P. 32(i)(4)(A); our interpretation puts crime victims on the same footing. Our interpretation also serves to effectuate other statutory aims: (1) to ensure that the district court doesn't discount the impact of the crime on the victims; (2) to force the defendant to confront the human cost of his crime; and (3) to allow the victim 'to regain a sense of dignity and respect rather than feeling powerless and ashamed.'"

*Kenna v. U.S. Dist. Court for C.D. Cal.*, 435 F.3d 1011, 1016 (9th Cir. 2016) (citing Jayne W. Barnard, Allocution for Victims of Economic Crimes, 77 Notre Dame L. Rev. 39, 41 (2001). Among other things, the CVRA provides that the Court "shall make every effort to permit the fullest attendance possible by the victim and shall consider reasonable alternatives to the exclusion of the victim from the criminal proceeding." 18 U.S.C. § 3771(b).

Accordingly, the Government asks the Court to allow the victims to attend the imposition of sentence hearing in this case by telephone, as they will be outside of the District of Alaska during the set hearing date.

//

//

//

//

//

//

//

//

U.S. v. MAYORAL
4:25-cr-00006-RRB-SAO

Case 4:25-cr-00006-RRB-SAO    Document 49    Filed 04/02/26    Page 2 of 3

RESPECTFULLY SUBMITTED April 2, 2026 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney


/s *CARLY VOSACEK*
CARLY VOSACEK
Assistant United States Attorney
United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2026 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s *CARLY VOSACEK*

U.S. v. MAYORAL
4:25-cr-00006-RRB-SAO

Case 4:25-cr-00006-RRB-SAO    Document 49    Filed 04/02/26    Page 3 of 3